UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1984 CESSNA 550 CITATION II JET
AIRCRAFT WITH SERIAL NO. S550-0020
AND REGISTRATION NO. YV3325

    Defendant *In Rem*.

_____/

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this civil complaint for forfeiture *in rem* and alleges as follows:

1. This is a civil action *in rem* for the forfeiture of one 1984 Cessna 550 Citation II Jet Aircraft with serial number S550-0020 and registration number YV 3325 ("Defendant Aircraft"), currently located at the Fort Lauderdale Executive Airport.

2. The Court has jurisdiction over this subject matter pursuant to Title 28, United States Code, Sections 1345 and 1355.

3. The Court has *in rem* jurisdiction over the Defendant Aircraft pursuant to Title 28, United States Code, Section 1355.

4. The Court has venue over this action pursuant to Title 28, United States Code, Sections 1355 and 1395.

## FACTUAL ALLEGATIONS

5. On or about September 20, 2019, the Defendant Aircraft arrived at Fort Lauderdale Executive Airport from Caracas, Venezuela. On board were two Venezuelan nationals, Victor Fossi Grieco (the "Pilot") and Jean Carlos Sanchez Rojas (the "Passenger"), among other persons.

6. The Pilot told United States Customs and Border Protection ("CBP") officers that he did not have anything to declare. The Passenger declared that he and his wife were carrying $24,000 in United States currency, but did not declare any other items.

7. CBP officers conducted an examination of the Defendant Aircraft at Fort Lauderdale Executive Airport, during which one officer observed loose rivets and missing screws on the nose compartment of the Defendant Aircraft. Upon further examination inside the nose compartment of the Defendant Aircraft, the officers discovered a concealed compartment, also known as a "trap," underneath flat sheet metal. The trap held bags containing gold bars that weighed approximately 230 pounds.

8. The Pilot and the Passenger admitted that they collected the gold bars in Venezuela to smuggle into the United States for a fee. They also admitted that they knew they had to declare the gold bars upon arrival in the United States, but chose not to do so.

9. The Pilot and Passenger were subsequently arrested and charged by indictment in the Southern District of Florida with violations of Title 18, United States Code, Sections 542 and 545, and conspiracy to commit a violation of Title 18, United States Code, Section 545, in criminal case number 19-60280-CR-ALTONAGA/SELTZER.

10. Lab analysis shows that the gold bars contained in the Defendant Aircraft weighed approximately 230 pounds, with an average purity of approximately 91.39 percent, and an approximate value of $4,611,363.66.

11. The Defendant Aircraft is currently at Fort Lauderdale Executive Airport.

## LEGAL BASIS FOR FORFEITURE

12. Title 19, United States Code, Section 1595a(a) subjects to forfeiture

> every vessel, vehicle, animal, aircraft, or other thing used in, to aid in, or to facilitate, by obtaining information or in any other way, the importation, bringing in, unlading, landing, removal, concealing, harboring, or subsequent transportation of any article which is being or has been introduced, or attempted to be introduced, into the United States contrary to law, whether upon such vessel, vehicle, animal, aircraft, or other thing or otherwise, may be seized and forfeited together with its tackle, apparel, furniture, harness, or equipment.

13. Title 18, United States Code, Section 542 makes it unlawful to knowingly and intentionally attempt to introduce into the commerce of the United States imported merchandise by means of a fraudulent and false declaration, paper, and statement.

14. Title 18, United States Code, Section 545 makes it unlawful to knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, from a place outside thereof, any merchandise which should have been invoiced.

## CLAIM FOR FORFEITURE

15. The factual allegations in paragraphs 1 through 14 are realleged and incorporated by reference herein.

16. The Defendant Aircraft is subject to forfeiture pursuant to Title 19, Untied States Code, Section 1595a(a), as an aircraft used in, to aid in, or to facilitate, the importation, bringing in, unlading, landing, removal, concealing, or harboring gold bars, in an attempt to introduce them into the United States contrary to law.

WHEREFORE, the United States requests that this Honorable Court issue a warrant for arrest *in rem* for Defendant Aircraft; that due notice issue to enforce the forfeiture and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed; that the Defendant Aircraft be condemned and forfeited to the United States of America for disposition according to law; and for such other and further relief as this Court may deem just and proper.

                                                Respectfully submitted,

                                                ARIANA FAJARDO ORSHAN
                                                UNITED STATES ATTORNEY

DATE: 10/21/19            BY: /s/ Adrienne E. Rosen
                                                Adrienne E. Rosen
                                                Assistant United States Attorney
                                                Court Id. No. A5502297
                                                U.S. Attorney's Office
                                                99 NE 4th Street, 7th Floor
                                                Miami, Florida 33132-2111
                                                Telephone: (305) 961-9338
                                                Facsimile: (305) 536-4089
                                                Adrienne.Rosen@usdoj.gov

## VERIFICATION

I, Catherina Birkeland, hereby verify and declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am a Special Agent with Homeland Security Investigations (the "HSI"), that I have read the foregoing Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") and know the contents thereof, and the matters contained in the Verified Complaint are true to my own knowledge, except that those herein stated to be alleged on information and belief and as to those matters I believe to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the HSI.

I hereby verify and declare under penalty of perjury that the foregoing factual allegations are true and correct to the best of my knowledge and belief.

EXECUTED, on this 21st day of October, 2019.

_____
Catherina Birkeland
Special Agent
Homeland Security Investigations