UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1984 CESSNA 550 CITATION II JET
AIRCRAFT WITH SERIAL NO. S550-0020
AND REGISTRATION NO. YV3325,

        Defendant *In Rem.*
_____/

## CIVIL COMPLAINT COVER SHEET

1.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2.     Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Adrienne E. Rosen
Assistant United States Attorney
Court Id. No. A5502297
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9338
Facsimile: (305) 536-4089
Adrienne.Rosen@usdoj.gov