UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

1984 CESSNA 550 CITATION II JET
AIRCRAFT WITH SERIAL NO. S550-0020
AND REGISTRATION NO. YV3325,

      Defendant *In Rem.*

_____/

## APPLICATION FOR WARRANT OF ARREST *IN REM*

The United States of America, through the undersigned Assistant United States Attorney, respectfully requests that this Court issue the attached Warrant of Arrest *in Rem* pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States provides the following basis:

1. On October 21, 2019, the United States filed a verified complaint for civil forfeiture *in rem* (the "Verified Complaint") in the above-referenced case. The Verified Complaint seeks the forfeiture of a 1984 Cessna 550 Citation II Jet Aircraft with serial number S550-0020 and registration number YV3325 (the "Defendant Aircraft").

2. The Defendant Aircraft is not presently in the possession, custody or control of the United States and is not presently subject to any judicial restraining order.

3. Supplemental Rule G(3)(b)(ii) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is not in the Government's possession, custody or control and is not subject to a judicial restraining order, the Court, on a finding of probable cause, must

issue a warrant to arrest the property.

4.      The facts supporting the finding of probable cause to believe that the Defendant Aircraft is subject to forfeiture are set forth in the Verified Complaint.

WHEREFORE, the United States respectfully requests that this Court find that there is probable cause to believe the Defendant Aircraft is subject to forfeiture, and issue the proposed warrant of arrest *in rem* directing Homeland Security Investigations to seize the Defendant Aircraft.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

DATE: 10/21/19

BY: _____
Adrienne E. Rosen
Assistant United States Attorney
Court Id. No. A5502297
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9338
Facsimile: (305) 536-4089
Adrienne.Rosen@usdoj.gov