| | |
|---|---|
| **From:** | Berger, Michael (USAFLS) |
| **To:** | jay@jayawhite.com |
| **Cc:** | Rosen, Adrienne (USAFLS) |
| **Subject:** | Solorzano |
| **Date:** | Tuesday, October 29, 2019 12:22:37 PM |
| **Attachments:** | 19-62616CvRKA_Solarzano_Notice Verified Civil Complaint Forfeiture Rem_Cessna 550.pdf |
| | 001_Civil Complaint 1984 Cessna 550_19cv62616.pdf |
| | 004_Warrant In Rem 1984 Cessna 550 SN S550-0020 Reg YV3325.pdf |

Jay –

I understand you are representing Eddwin Solorzano. Attached is a civil complaint relating to Mr. Solorzano's plane. Can you accept service?

Separately, can we have a call when you have a chance on this matter?

Thanks,

Michael N. Berger

Assistant United States Attorney

99 NE 4th Street

Miami, FL

Tel: 305-961-9445

Email: Michael.berger2@usdoj.gov



U.S. Department of Justice

United States Attorney
Southern District of Florida

*99 N.E. 4 Street*
*Miami, FL 33132*
*(305) 961-9100 - Telephone*
*(305) 530-6444 - Facsimile*

October 28, 2019

**VIA E-MAIL**

Eddwin Solarzano
c/o Diaz, Reus & Targ LLP
100 SE Second Street, Suite 3400
Miami, FL 33131

Re:   *United States of America v. 1984 Cessna 550 Citation II Jet Aircraft*
        *with serial number S550-0020 and registration number YV 3325*
        Civil Case No. 19-CV-62616-Altman/Hunt

Dear Mr. Diaz and Mr. Targ:

      This letter provides direct notice to you as attorneys for Eddwin Solarzano of the above-referenced civil forfeiture action.  Enclosed please find a copy of the verified complaint, arrest warrant *in rem*, and related documents filed for one 1984 Cessna 550 Citation II Jet Aircraft with serial number S550-0020 and registration number YV 3325 (the "Defendant Property").

      Under the provisions of Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), a person asserting an interest in the Defendant Property must file a verified claim within 35 days of October 28, 2019, the date this letter was sent.  The verified claim must (A) identify the specific property claimed; (B) identify the claimant and sate the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury.  An answer or motion under Rule 12 of the Federal Rules of Civil Procedure must be filed no later than 21 days after filing the claim.

      The claim, answer, and/or responsive pleading should be filed with the Clerk of the Court, United States District Court for the Southern District of Florida, 400 North Miami Avenue, Florida 33128, and a copy of each filing must also be served upon the undersigned government counsel, Adrienne Rosen, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

Upon the failure of the owner, possessor or any party claiming an interest in the Defendant Property to comply with Rule G of the Supplemental Rules, the Defendant Property may be forfeited to the United States by default and without further notice or hearing.

        Sincerely,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY:   *s/Adrienne E. Rosen*
        ADRIENNE E. ROSEN
        ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

1984 CESSNA 550 CITATION II JET
AIRCRAFT WITH SERIAL NO. S550-0020
AND REGISTRATION NO. YV3325

      Defendant *In Rem*.
_____/

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this civil complaint for forfeiture *in rem* and alleges as follows:

1. This is a civil action *in rem* for the forfeiture of one 1984 Cessna 550 Citation II Jet Aircraft with serial number S550-0020 and registration number YV 3325 ("Defendant Aircraft"), currently located at the Fort Lauderdale Executive Airport.

2. The Court has jurisdiction over this subject matter pursuant to Title 28, United States Code, Sections 1345 and 1355.

3. The Court has *in rem* jurisdiction over the Defendant Aircraft pursuant to Title 28, United States Code, Section 1355.

4. The Court has venue over this action pursuant to Title 28, United States Code, Sections 1355 and 1395.

## FACTUAL ALLEGATIONS

5. On or about September 20, 2019, the Defendant Aircraft arrived at Fort Lauderdale Executive Airport from Caracas, Venezuela. On board were two Venezuelan nationals, Victor Fossi Grieco (the "Pilot") and Jean Carlos Sanchez Rojas (the "Passenger"), among other persons.

6. The Pilot told United States Customs and Border Protection ("CBP") officers that he did not have anything to declare. The Passenger declared that he and his wife were carrying $24,000 in United States currency, but did not declare any other items.

7. CBP officers conducted an examination of the Defendant Aircraft at Fort Lauderdale Executive Airport, during which one officer observed loose rivets and missing screws on the nose compartment of the Defendant Aircraft. Upon further examination inside the nose compartment of the Defendant Aircraft, the officers discovered a concealed compartment, also known as a "trap," underneath flat sheet metal. The trap held bags containing gold bars that weighed approximately 230 pounds.

8. The Pilot and the Passenger admitted that they collected the gold bars in Venezuela to smuggle into the United States for a fee. They also admitted that they knew they had to declare the gold bars upon arrival in the United States, but chose not to do so.

9. The Pilot and Passenger were subsequently arrested and charged by indictment in the Southern District of Florida with violations of Title 18, United States Code, Sections 542 and 545, and conspiracy to commit a violation of Title 18, United States Code, Section 545, in criminal case number 19-60280-CR-ALTONAGA/SELTZER.

10. Lab analysis shows that the gold bars contained in the Defendant Aircraft weighed approximately 230 pounds, with an average purity of approximately 91.39 percent, and an approximate value of $4,611,363.66.

2

11.     The Defendant Aircraft is currently at Fort Lauderdale Executive Airport.

## LEGAL BASIS FOR FORFEITURE

12.     Title 19, United States Code, Section 1595a(a) subjects to forfeiture

> every vessel, vehicle, animal, aircraft, or other thing used in, to aid in, or to facilitate, by obtaining information or in any other way, the importation, bringing in, unlading, landing, removal, concealing, harboring, or subsequent transportation of any article which is being or has been introduced, or attempted to be introduced, into the United States contrary to law, whether upon such vessel, vehicle, animal, aircraft, or other thing or otherwise, may be seized and forfeited together with its tackle, apparel, furniture, harness, or equipment.

13.     Title 18, United States Code, Section 542 makes it unlawful to knowingly and intentionally attempt to introduce into the commerce of the United States imported merchandise by means of a fraudulent and false declaration, paper, and statement.

14.     Title 18, United States Code, Section 545 makes it unlawful to knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, from a place outside thereof, any merchandise which should have been invoiced.

## CLAIM FOR FORFEITURE

15.     The factual allegations in paragraphs 1 through 14 are realleged and incorporated by reference herein.

16.     The Defendant Aircraft is subject to forfeiture pursuant to Title 19, Untied States Code, Section 1595a(a), as an aircraft used in, to aid in, or to facilitate, the importation, bringing in, unlading, landing, removal, concealing, or harboring gold bars, in an attempt to introduce them into the United States contrary to law.

3

WHEREFORE, the United States requests that this Honorable Court issue a warrant for arrest *in rem* for Defendant Aircraft; that due notice issue to enforce the forfeiture and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed; that the Defendant Aircraft be condemned and forfeited to the United States of America for disposition according to law; and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

DATE: 10/21/19     BY: _____
Adrienne E. Rosen
Assistant United States Attorney
Court Id. No. A5502297
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9338
Facsimile: (305) 536-4089
Adrienne.Rosen@usdoj.gov

## **VERIFICATION**

I, Catherina Birkeland, hereby verify and declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am a Special Agent with Homeland Security Investigations (the "HSI"), that I have read the foregoing Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") and know the contents thereof, and the matters contained in the Verified Complaint are true to my own knowledge, except that those herein stated to be alleged on information and belief and as to those matters I believe to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the HSI.

I hereby verify and declare under penalty of perjury that the foregoing factual allegations are true and correct to the best of my knowledge and belief.

EXECUTED, on this 21st day of October, 2019.

Catherina Birkeland
Special Agent
Homeland Security Investigations

JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS** UNITED STATES OF AMERICA

**DEFENDANTS** 1984 Cessna 550 Citation II Jet Aircraft with Serial No. S550-0020 & Registration No. YV3325

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights ☐ 830 Patent | ☐ 430 Banks and Banking ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 891 Agricultural Acts ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act |
| ☐ 196 Franchise | | | | | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee – Conditions of Confinement | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)

(See instructions): a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☒ YES ☐ NO
JUDGE: ALTONAGA   DOCKET NUMBER: 19-60280CrCMA

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
19 USC § 1595a(a) Aiding unlawful importation contrary to laws of the United States

LENGTH OF TRIAL via 3 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE October 21, 2019
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   IFP   JUDGE   MAG JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1984 CESSNA 550 CITATION II JET
AIRCRAFT WITH SERIAL NO. S550-0020
AND REGISTRATION NO. YV3325,

    Defendant *In Rem*.

_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Adrienne E. Rosen
Assistant United States Attorney
Court Id. No. A5502297
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9338
Facsimile: (305) 536-4089
Adrienne.Rosen@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1984 CESSNA 550 CITATION II JET
AIRCRAFT WITH SERIAL NO. S550-0020
AND REGISTRATION NO. YV3325,

        Defendant *In Rem*.

_____/

## APPLICATION FOR WARRANT OF ARREST *IN REM*

The United States of America, through the undersigned Assistant United States Attorney, respectfully requests that this Court issue the attached Warrant of Arrest *in Rem* pursuant to Rule G(3)(b(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States provides the following basis:

1. On October 21, 2019, the United States filed a verified complaint for civil forfeiture *in rem* (the "Verified Complaint") in the above-referenced case. The Verified Complaint seeks the forfeiture of a 1984 Cessna 550 Citation II Jet Aircraft with serial number S550-0020 and registration number YV3325 (the "Defendant Aircraft").

2. The Defendant Aircraft is not presently in the possession, custody or control of the United States and is not presently subject to any judicial restraining order.

3. Supplemental Rule G(3)(b)(ii) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is not in the Government's possession, custody or control and is not subject to a judicial restraining order, the Court, on a finding of probable cause, must

issue a warrant to arrest the property.

4. The facts supporting the finding of probable cause to believe that the Defendant Aircraft is subject to forfeiture are set forth in the Verified Complaint.

WHEREFORE, the United States respectfully requests that this Court find that there is probable cause to believe the Defendant Aircraft is subject to forfeiture, and issue the proposed warrant of arrest *in rem* directing Homeland Security Investigations to seize the Defendant Aircraft.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

DATE: 10/21/19     BY: _____
Adrienne E. Rosen
Assistant United States Attorney
Court Id. No. A5502297
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9338
Facsimile: (305) 536-4089
Adrienne.Rosen@usdoj.gov

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1984 CESSNA 550 CITATION II JET
AIRCRAFT WITH SERIAL NO. S550-0020
AND REGISTRATION NO. YV3325,

    Defendant *In Rem*.

_____/

## WARRANT OF ARREST IN REM

TO:   HOMELAND SECURITY INVESTIGATIONS OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

**WHEREAS**, on October 21, 2019 the United States of America filed a Verified Complaint for Forfeiture *in Rem* against the above-captioned defendant property (the "Defendant Aircraft"); and

**WHEREAS**, according to the Verified Complaint, the Defendant Aircraft is not in the government's possession, custody or control, and is not subject to a judicial restraining order; and

**WHEREAS**, Supplemental Rule G(3)(b)(ii) provides that "the court—on finding probable cause—must issue a warrant to arrest the property if it is not in the government's possession, custody, or control and is not subject to a judicial restraining order."

**NOW THEREFORE**, you are hereby commanded to take the Defendant Aircraft into your possession for safe custody. If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the Complaint and process with the

person having possession or his agent.

**YOU ARE FURTHER** commanded to cite and admonish the owner and/or possessor of the Defendant property and any person or firm known to claim any interest therein, to file, **no later than 35 days from the date notice was sent**, a Verified Claim in accordance with Rule G(5), of the Supplemental Rules for Certain Admiralty and Maritime Claims; to therewith or within twenty (20) days thereafter file an Answer or other responsive pleading to the Complaint, a copy of which Complaint you shall supply with this Warrant; to file the Claim and Answer or other responsive pleading with the **Clerk of the Court**, United States District Court, 400 North Miami Avenue, Florida 33128 and to send a copy of said Claim, Answer or responsive pleading, to **Adrienne Rosen, Assistant United States Attorney** 99 N.E. 4th Street, Miami, Florida 33132; the Claim must identify the specific property claimed, identify the claimant and state the claimant's interest in the property and be signed by the claimant under penalty of perjury, and that upon the failure of the owner, possessor or any party claiming an interest in the Defendant property to comply with Supplemental Rule G, the Defendant property may be forfeited to the United States by default and without further notice or hearing.

**AND YOU ARE FURTHER** commanded to make due and prompt return of this Warrant to this Court upon its execution.

DATED: _____          BY: _____
                               THE HONORABLE
                               UNITED STATES DISTRICT JUDGE

cc: AUSA Adrienne Rosen (2 certified copies)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62616-CIV-ALTMAN**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**1984 CESSNA 550 CITATION II JET AIRCRAFT, SERIAL NO. S550-0020, REGISTRATION NO. YV3325**, *in rem*,

    Defendant.
_____/

## WARRANT OF ARREST IN REM

TO:    HOMELAND SECURITY INVESTIGATIONS OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

    **WHEREAS**, on October 21, 2019, the United States of America filed a Verified Complaint for Forfeiture *in Rem* against the above-captioned defendant property (the "Defendant Aircraft"); and

    **WHEREAS**, according to the Verified Complaint, the Defendant Aircraft is not in the government's possession, custody, or control, and is not subject to a judicial restraining order; and

    **WHEREAS**, Supplemental Rule G(3)(b)(ii) provides that "the court—on finding probable cause—must issue a warrant to arrest the property if it is not in the government's possession, custody, or control and is not subject to a judicial restraining order."

    **NOW, THEREFORE**, you are hereby commanded to take the Defendant Aircraft into your possession for safe custody. If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

YOU ARE FURTHER commanded to cite and admonish the owner and/or possessor of the Defendant property and any person or firm known to claim any interest therein, to file, **no later than 35 days from the date notice was sent**, a Verified Claim in accordance with Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims; to therewith or within twenty (20) days thereafter file an Answer or other responsive pleading to the Complaint, a copy of which Complaint you shall supply with this Warrant; to file the Claim and Answer or other responsive pleading with the **Clerk of the Court**, United States District Court, 400 North Miami Avenue, Miami, Florida 33128, and to send a copy of said Claim, Answer, or responsive pleading, to **Adrienne Rosen**, **Assistant United States Attorney,** 99 N.E. 4th Street, Miami, Florida 33132; the Claim must identify the specific property claimed, identify the claimant, state the claimant's interest in the property, and be signed by the claimant under penalty of perjury, and that upon the failure of the owner, possessor or any party claiming an interest in the Defendant property to comply with Supplemental Rule G, the Defendant property may be forfeited to the United States by default and without further notice or hearing.

**AND YOU ARE FURTHER** commanded to make due and prompt return of this Warrant to this Court upon its execution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of October 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record