UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62616-CIV-ALTMAN

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.

**1984 CESSNA 550 CITATION II JET AIRCRAFT, SERIAL NO. S550-0020, REGISTRATION NO. YV3325,** *in rem,*

    *Defendant.*
_____/

## ORDER OF FORFEITURE BY DEFAULT JUDGMENT

**THIS MATTER** is before the Court upon Motion of the United States of America (the "United States") for entry of an Order of Forfeiture by Default Judgment against the above-captioned Defendant *In Rem* (the "Motion") [ECF No. 14]. Having reviewed the Motion, the record, and the applicable law, the Court finds as follows:

    1.    On October 21, 2019, the United States filed a Verified Complaint [ECF No. 1] for Forfeiture *In Rem* alleging that the following asset was subject to forfeiture to the United States pursuant to 19 U.S.C. § 1595a(a): 1984 Cessna 550 Citation II Jet Aircraft, Serial No. S550-0020, Registration No. YV3325 (the "Defendant Aircraft").

    2.    The United States published notice of this action for at least thirty (30) consecutive days beginning on November 16, 2019 and ending on December 15, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture. *See* Declaration of Publication [ECF No. 11].

    3.    On or about October 28, 2019, the Government sent notice of the forfeiture action

to Moinica Ortigoza, which she received on or about October 30, 2019. *See* Motion for Clerk's Default Ex. 1 [ECF No. 12-1]. On October 29, 2019, the Government sent notice of the forfeiture action via email to counsel for Eddwin Solarzano, who subsequently verbally acknowledge receipt. *See id.* Ex. 2 [ECF No. 12-2]. The notice informed both individuals of their obligation to file a verified claim in the civil forfeiture proceedings. *See id.* Ex 1–2.

*4.* The Verified Complaint alleged that the Defendant Aircraft arrived at Fort Lauderdale Executive Airport from Caracas, Venezuela on or about September 20, 2019. CBP officers then conducted an examination of the Defendant Aircraft, during which one officer observed loose rivets and missing screws on the nose compartment of the Defendant Aircraft. Upon further examination inside the nose compartment of the Defendant Aircraft, the officers discovered a concealed compartment, also known as a "trap," underneath flat sheet metal. The trap held bags containing gold bars that weighed approximately 230 pounds. *See* Compl.

5. Neither Moinica Ortigoza nor Eddwin Solarzano has filed a claim as to the Defendant Aircraft.

6. To date, no other claims have been filed for the Defendant Aircraft, and the time for doing so has expired.

7. On January 21, 2020 a Default by the Clerk of Court, pursuant to Fed. R. Civ. P. 55(a), was entered against the Defendant Property. *See* Clerk's Default [ECF No. 13].

**THEREFORE**, the United States' Motion for Entry of Order of Forfeiture by Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(2) [ECF No. 14] is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED as moot**. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that:

1. Default judgment is entered in favor of the United States and against Defendant Aircraft, to wit, one 1984 Cessna 550 Citation II Jet Aircraft, Serial No. S550-0020, Registration No. YV3325, and against all other persons for failure to timely plead, answer, or otherwise respond;

2. The Defendant Aircraft, to wit, 1984 Cessna 550 Citation II Jet Aircraft, Serial No. S550-0020, Registration No. YV3325, is forfeited to the United States.

3. An agent of the Homeland Security Investigations, or any duly authorized law enforcement official, may seize, take possession, and dispose of the forfeited property according to law;

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of January 2020.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record